**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court."
Although it is posted on the internet, this opinion is binding only on the
parties in the case and its use in other cases is limited. R.1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2504-15T2

LARRY PRICE,

    Plaintiff-Appellant,

v.

BHADO and BHADO DEVELOPMENT, LLC
and UNION CITY ZONING BOARD OF
ADJUSTMENT,

    Defendants-Respondents.

_____

        Argued June 6, 2017 — Decided July 11, 2017

        Before Judges Koblitz and Sumners.

        On appeal from Superior Court of New Jersey,
        Law Division, Hudson County, Docket No. L-
        3854-15.

        Larry Price, appellant, argued the cause pro
        se.

        Gregory F. Kotchick argued the cause for
        respondent Union City Zoning Board of
        Adjustment (Durkin and Durkin LLP, attorneys;
        Mr. Kotchick, of counsel and on the brief).

        Alonso and Navarrete, LLC, attorneys for
        respondent Bhado and Bhado Development, LLC,
        join in the brief of respondent Union City
        Zoning Board of Adjustment.

PER CURIAM

The parties to the appeal have settled the issues between them. In accordance with their consent order of dismissal, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-2504-15T2